NUMBER 13-02-489-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________

IDA HAUN, Appellant,

v.


H. E. BUTT GROCERY COMPANY, Appellee.

____________________________________________________________________


On appeal from the 156th District Court


of Bee County, Texas.


____________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam

Appellant, IDA HAUN, perfected an appeal from a judgment entered by the 156th District Court of Bee County,
Texas, in cause number B-02-1036-CV-B-1. After the record was received, both parties filed motions to dismiss
the appeal.

The Court, having considered the documents on file and appellant's and appellee's motions to dismiss the appeal,
is of the opinion that the motions should be granted. Appellant's and appellee's motions to dismiss are granted,
and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 3rd day of October, 2002.